THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Charles M.
 Stuckey, Jr., Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Marlboro County
 John M. Milling, Circuit Court Judge

Memorandum Opinion No. 2008-MO-051
 Submitted December 4, 2008  Filed
December 8, 2008   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General Karen
 Ratigan, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the denial of Petitioners application
 for post-conviction relief (PCR).  We now dismiss the writ as improvidently
 granted.
DISMISSED AS IMPROVIDENTLY GRANTED.   

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.